FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2004 APR -7 P 2:38
SIGN
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | CIVIL ACTION NUMBER: |
| | * | |
| THOMAS PARKER | | CLERK: ______________ |
| | * | |
| VERSUS | | DATE FILED: ______________ |
| | * | |
| DIXON CORRECTIONAL Institute<br>WARDEN JAMES LEBLANC<br>LOUISIANA DEPT<br>OF CORRECTIONS, ET. AL | | 04-227-C-M2 |
| | * | |

* * * * * * * *

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT.
## *42 U.S.C. 1983*

**Instructions for filing Complaint by Prisoners**
**Under the Civil Rights Act, 42 U.S.C. 1983**

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaints must be identical to the original.

| INITIALS | DOCKET# |
|---|---|
| bp | 1 |

The names of all parties must be listed in the caption and in part III of the complaint exactly the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 139 U.S. Courthouse 707 Florida Street, Baton Rouge, La. 70801.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No ( X )

B. If your answer is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiff(s)________________________________

Defendants ________________________________

2. Court. If federal court, name the district, if state court, name the parish.

3. Docket Number: ________________________________

4. Name of Judge to whom case was assigned: ______________________________

5. Disposition: for example: Was the case dismissed? Is it still pending?

6. Date of filing lawsuit: ______________________________

7. Date of disposition: ______________________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or failure to state a claim for which relief can be granted?

Yes ( ) No ( x )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: Dixon Correctional Institute, Jackson, LA. 70748

A. Is there a prisoner grievance procedure in this institution?

Yes ( X ) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( X ) No ( )

C. If your answer is yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed.

DCI 2003-489

2. What steps did you take?

1st and 2nd step Step

**3. What was the result?**

Relief Denied

**D. If your answer is No, explain why not:**

## III. Parties

**In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.**

**A. Name of plaintiff(s) Thomas Parker #373442**

**B. Address P.O. Box 788 Jackson, LA. 70748**

**In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.**

**B. Defendant :**

Dixon Correctional Institute

**C. Additional Defendants:**

Warden James LeBlanc, Dr. Alan Perego, M.D.
Department of Corrections, et. al.

## IV. Statement of Claim

**State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.**

**Claims:**

Deliberate Indifference
Cruel & Unusual Punishment

**Statement of The Case:**

On April 2, 2003, while working with horses for Dixon Correctional Institute I was involved in an accident. I was riding a horse when the horse stumbled and fell. I was injured in the fall. I was taken to the infirmary where I complained about pain in my leg and in my back. My leg was x-rayed and it was diagnosed as a fracture. My lower back pain was not addressed. I was put in a splint and prescribed Motrin.

Two weeks later I was brought to the hospital where my leg was once again x-rayed and was put in a cast. My back pain was still not addressed.

Months later, the cast was removed and now my foot turns outward at a 70 degree angle. My ankle causes me constant pain and locks up.

Since the time of the incident, I have filed ARP's and written letters and made numerous sick call request. My back pain has not been addressed by any more than a cursory exam. There have been no x-rays or MRI's done to find if there is a problem or not. I am to the point where I can no longer take any pressure on my back. I am unable to walk. I have trouble sitting up. I am in such constant and terrible pain that I can hardly sleep at night. I have told all of this to the doctor here at D.C.I. and still no real measures have been taken to address my problem.

The fact that my foot now turns out at a 70 degree angle is also not being addressed. To fix this problem it is obvious that surgery will have to be done. The leg needs to be re-broken and set properly as it was not set properly in the first place. I am being refused proper medical treatment and being shown deliberate indifference which is cruel and unusual punishment.

I am now permanently disabled and need further surgery, but neither concern is being addressed. My complaints on my back are being dismissed and the problems with my leg are not being addressed. I was injured while working for Dixon Correctional Center and they are treating me as if is does not matter.

**V. Relief**

**State briefly exactly what you want the court to do for you. Make no legal argument. Cite no cases or statutes. Attach no exhibits.**

I am asking for proper medical care. That I be given x-rays and MRI's concerning my back complaint and if there is any injury that it be addressed. I am asking that my leg be fixed as it should have been from the beginning and I am further asking from each of the defendants I am asking to be compensated for my pain and suffering in the amount of $1,000,000 and from each

of the defendants I am asking punitive damages to be awarded to me in the amount of $1,000,000.

**VI Plaintiff's Declaration**

**1. I understand that I an prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.**

**2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.**

**3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.**

**Signed this** 1st **day of** April**, 200**4**.**

Thomas Parker 373442

______________________

______________________

**Signature of plaintiff(s)**